# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Rodney J. Ireland, Lester McGillis, Gerald DeCoteau, William Carter, Ryan Corman, Matthew Graham, Terry Greak, Glenn Halton, Robert Hoff, Monte Hojian, Jeremy Johnson, Michael Kruk, Garrett Loy, Kevette Moore, Cruz Muscha, Darin Napier, Paul Oie, Timothy Olpin, Larry Rubey, Christopher Simon, Kelly Tanner, John Westlie, Robert Lilley, Darl Hehn, Oliver Wardlow, Joshua Keeping, Matthew Dyer, Travis Wedmore, Kyle Aune, Marcus Bartole, Jason Gores, Estel Naser, Andrew Olafson, Stanton Quilt, Raymond Voisine, Eugene Wegley, David Anderson, Eugene Fluge, Robert Beauchamp, Sandy Mangelsen, and Eugene Hinson,<br><br>Plaintiffs,<br><br>vs.<br><br>Maggie D. Anderson, Executive Director, North Dakota Department of Human Services, in her official capacity, Leann Bertsch, Director, North Dakota Department of Corrections and Rehabilitation, in her official capacity, State of North Dakota, North Dakota Department of Human Services, North Dakota Department of Corrections and Rehabilitation, North Dakota State Hospital, and Dr. Rosalie Etherington, Superintendent of the North Dakota State Hospital, in her official capacity,<br><br>Defendants. | Case No. 3:13-cv-3<br><br>**SUPPLEMENTAL REPORT AND RECOMMENDATION** |

On August 29, 2016, this court issued a Report and Recommendation on the plaintiffs' motion for class certification. Subsequently, the plaintiffs filed a document captioned "Correction to Plaintiffs' Brief in Support of Class Certification." (Doc. #397).

The correction addresses an interpretation of data concerning the defendants' initiation of petitions for discharge from civil commitment.

The court has reviewed the plaintiffs' brief in support of the motion for class certification, the plaintiffs' recent correction, and its Report and Recommendation. The correction leads to no modification of the August 29, 2016 Report and Recommendation.

Dated this 8th day of September, 2016.

> /s/ *Alice R. Senechal*
> Alice R. Senechal
> United States Magistrate Judge