# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

Rodney J. Ireland, Lester McGillis, Gerald DeCoteau, William Carter, Ryan Corman, Matthew Graham, Terry Greak, Glenn Halton, Robert Hoff, Monte Hojian, Jeremy Johnson, Michael Kruk, Garrett Loy, Kevette Moore, Cruz Muscha, Darin Napier, Paul Oie, Timothy Olpin, Larry Rubey, Christopher Simon, Kelly Tanner, John Westlie, Robert Lilley, Darl Hehn, Oliver Wardlow, Joshua Keeping, Matthew Dyer, Travis Wedmore, Kyle Aune, Marcus Bartole, Jason Gores, Estel Naser, Andrew Olafson, Stanton Quilt, Raymond Voisine, Eugene Wegley, David Anderson, Eugene Fluge, Robert Beauchamp, Sandy Mangelsen, and Eugene Hinson,

        Plaintiffs,

vs.

State of North Dakota, North Dakota Department of Human Services, North Dakota State Hospital, Dr. Rosalie Etherington, Superintendent of the North Dakota State Hospital, and Christopher Jones, Executive Director of the North Dakota Department of Human Services,

        Defendants.

Case No. 3:13-cv-3

**REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS PLAINTIFF EUGENE HINSON**

The plaintiffs move to dismiss one of the class representatives—Eugene Hinson—<u>without prejudice</u>. The defendants also move for Hinson's dismissal, but for dismissal <u>with prejudice</u>.

Hinson was added as a plaintiff on July 5, 2016, (Doc. #372), and later named as a representative of the Evaluation Class, (Doc. #518). In support of their motion, plaintiffs' counsel state that they have learned that Hinson no longer resides in North

Dakota, that their attempts to locate him through a private investigator have been unsuccessful, and that to the best of their knowledge he is homeless. Because they have not been able to locate and contact him, plaintiffs' counsel have not secured Hinson's permission for dismissal with prejudice.

The defendants contend that Hinson's failure to maintain contact with class counsel demonstrates that he has "intentionally and voluntarily abandoned this litigation and his fiduciary role as a class representative," and that dismissal with prejudice is therefore warranted. (Doc. #537, p. 2). Additionally, the defendants state that Hinson has not provided verified supplemental responses to interrogatories or provided a signed release of information, further demonstrating that he has abandoned the litigation.

In this court's opinion, dismissal with prejudice is warranted under Federal Rule of Civil Procedure 41(b) for the reasons the defendants assert. This court therefore **RECOMMENDS** that the plaintiffs' motion to dismiss Hinson without prejudice, (Doc. #536), be **DENIED** and that the defendants motion to dismiss Hinson with prejudice, (Doc. #545), be **GRANTED**.

Dated this 24th day of May, 2017.

                                               */s/ Alice R. Senechal*
                                               Alice R. Senechal
                                               United States Magistrate Judge

## NOTICE OF RIGHT TO OBJECT[1]

Any party may object to this Report and Recommendation by filing with the Clerk of Court no later than **June 7, 2017**, a pleading specifically identifying those portions of the Report and Recommendation to which objection is made and the basis of any objection. Failure to object or to comply with this procedure may forfeit the right to seek review in the Court of Appeals.

---

[1] See Fed. R. Civ. P. 72(b); D.N.D. Civ. L.R. 72.1.