UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Rodney J. Ireland, et al.

v.   Case No: 3:13-CV-03

State of North Dakota, et al.

## CLERK'S MINUTES
Proceeding: Status Conference
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice Senechal   Date: Thursday, August 29, 2019
Deputy Clerk: Lisa Clark   Time: 2:00pm
Law Clerk: Amy Strankowski   Recess: 2:04pm
Digital Recorder: 190829-001.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiffs: Christopher Brancart and James Teigland
Counsel for Defendants: Dan Gaustad and Joseph Quinn

---

Court calls case and counsel enters appearances.

Counsel provide case update. Parties are still exchanging settlement proposals.
Counsel request scheduling another status conference.
Counsel will work on preparing a joint report listing all outstanding issues.

Status conference via phone scheduled for September 26, 2019 at 2pm (CT).

Recess.